UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

KATINA  ANN  PARKER,
        Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
        Defendant

CASE
NUMBER:     1:14-CV-00763-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✕GRANTED.

    ✕The clerk is directed to file the complaint.

    ✕IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
       copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
       All costs of service shall be advanced by the United States.

☐DENIED, for the following reasons:

_____

ENTER this   22ⁿᵈ     day of      May     , 2014  .

_____
      /s/ Barbara A. McAuliffe
      Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
      Name and Title of Judicial Officer