# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA ANN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>Defendant. | Case No. 1:14-cv-763-BAM<br><br>**ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS** |

On September 19, 2017, the Ninth Circuit Court of Appeals reversed and remanded this action to the Commissioner for further administrative proceedings. (Doc. 20). The judgment of the Ninth Circuit Court of Appeals took effect on November 3, 2017. (Doc. 21).

Pursuant to the judgment of the Ninth Circuit Court of Appeals, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's Order. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **November 6, 2017**        /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this action.

1