# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA ANN PARKER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 1:14-cv-00763-BAM<br><br>ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses ("Stipulation") filed on January 30, 2018, IT IS HEREBY ORDERED that fees and expenses in the amount of eight thousand five hundred dollars ($8,500.00) as authorized by 28 U.S.C. § 2412, and no additional costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **January 31, 2018**        /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

-1-